**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 110801

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 15 2017 ★

LONG ISLAND OFFICE

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EULALIE THOMPKINS, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TATE & KIRLIN ASSOCIATES, INC. AND BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15, LLC,<br><br>Defendant. | Docket No: 2:17-cv-00993-ADS-ARL<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff EULALIE THOMPKINS by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

1

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: May 12, 2017

                                     **BARSHAY SANDERS, PLLC**

                                     By: */s David M. Barshay*
                                     David M. Barshay, Esq.
                                     BARSHAY SANDERS, PLLC
                                     100 Garden City Plaza, Suite 500
                                     Garden City, New York 11530
                                     Tel: (516) 203-7600
                                     Fax: (516) 706-5055
                                     *ConsumerRights@BarshaySanders.com*
                                     *Attorneys for Plaintiff*
                                     Our File No.: 110801

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

The Court is closing this case for administrative purposes, subject to the terms of the settlement agreement. The parties are granted leave to move to reopen this matter in the event the settlement is not consummated. SO ORDERED.

s/ Arthur D. Spatt

_____           5/15/17
Arthur D. Spatt, U.S.D.J.                      Date